MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**August 25 2025**

Honorable Peggy Kuo
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

    *Re:* ***Abeth Hashimi v. 36-16 & 18 Ditmars Blvd LLC et al***
      ***Civil Action No.:1:25-cv-02141-PK***
      ***Joint Notice of Settlement***

Dear Honorable Magistrate Judge Kuo,

  We represent Plaintiff in the above-styled action.

  Pursuant to the Court's August 12, 2025 Order, the motion for adjournment was granted, with Your Honor adjourning the initial conference to September 4, 2025. Foremost in this suit, the Plaintiff and Defendants have just recently completed successful settlement negotiations and thereon wish to apprise the Court that the parties have reached a Settlement in Principle and are in the process of preparing the requisite Settlement papers and agreements therewith.

  Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed within the coming month or two as the exact terms are ironed out and the Settlement Papers are perfected.

  We thank you for the Court's time and attention to this matter.

            Most Respectfully,

            *[signature]*
            _____
            BARDUCCI LAW FIRM
            PLLC

            Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only