UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
ABETH HASHIMI,

                    Plaintiff,

            -against-

36-16 & 18 DITMARS BLVD, LLC AND AYY CHIHUAHUA INC.,

                    Defendants.
-------------------------------------------------------------------------- X

**25 Civ. 02141 (PK)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **WHEREAS**, Plaintiff claims in his Complaint (ECF No. 1) that Defendants were in violation of Article III of the Americans with Disabilities Act, and the New York State Executive Law § 296 *et seq.*, collectively, the "ADA");

    **WHEREAS**, Defendants deny all of Plaintiff's allegations and any wrongdoing;

    **WHEREAS**, the Parties agree, except as otherwise agreed to in writing between them, that each Party shall bear its respective fees and costs and that the premises of Ayy Chihuahua comply with the requirements of the ADA; and

    **WHEREAS**, the Parties have settled this Action;

    **NOW THEREFORE**, it is stipulated and agreed by and between the undersigned Parties, through their respective counsel, that this Action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
           September 8, 2025

| BARDUCCI LAW FIRM, PLLC | OFFIT KURMAN, P.A. |
|---|---|
| By: /s/ Maria-Costanza Barducci<br>Maria-Costanza Barducci<br>5 West 19th Street, 10th Floor<br>New York, New York 10011<br>Tel.: (212) 433-2554 | By: /s/ Wojciech Jackowski<br>Wojciech Jackowski<br>590 Madison Avenue, 6th Floor<br>New York, New York 10022<br>Tel.: (212) 545-1900 |
| Date: November 4, 2025 | Date: November 4, 2025 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*36-16 & 18 Ditmars Blvd LLC* |

                PECHMAN LAW GROUP PLLC

                By:   /s/ Vivianna Morales
                      Vivianna Morales
                      488 Madison Avenue, Suite 1704
                      New York, New York 10022
                      Tel.: (212) 583-9500

                Date: __November 4, 2025_____

*Attorneys for Defendant*
*Ayy Chihuahua Inc.*